IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GLORIA CHELLMAN-SHELTON and RICHARD SHELTON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO: 3:04-0403 JUDGE HAYNES |
| TOWN OF SMYRNA, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry No. 99) is **GRANTED** and this action is **DISMISSED**. Plaintiffs' motion to compel (Docket Entry No. 104) and the Defendants' motion for a stay (Docket Entry No. 115) are **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ____ 24th ____ day of September, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge

Case 3:04-cv-00403   Document 120   Filed 09/24/07   Page 1 of 1 PageID #: 3093